IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
BLANCA BLACK-GAMMONS,       )
                            )
    Plaintiff,               )
                            )  CIVIL ACTION NO.
    v.                       )    1:04cv819-MHT
                            )        (WO)
ZURICH AMERICA INSURANCE    )
COMPANY,                    )
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Zurich America Insurance Company's motion for summary judgment (Doc. No. 23) is granted.

(2) Plaintiff Blanca Black-Gammons's motion for summary judgment (Doc. No. 22) is denied.

(3) Judgment is entered in favor of defendant Zurich America Insurance Company and against plaintiff Black-Gammons, with plaintiff Black-Gammons taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Black-Gammons, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of January, 2006.


                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE