IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BLANCA BLACK-GAMMONS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:04cv819-MHT<br>(WO) |

### JUDGMENT

Pursuant to the stipulation for dismissal with prejudice (Doc. No. 36), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of January, 2006.

                        /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE